In the Matter of the Probate of the Will of RICHARD M. SCHELL, Deceased. ALICE S. PORCHER, Appellant; BANK OF NEW YORK et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

*Thomas B. Fenlon* for motion.
*Glenn L. Buch* opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs, and $10 costs of motion upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.